UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21013-CIV-MARTINEZ/OTAZO-REYES

ERIN TAYLOR EDITIONS,

    Plaintiff,

vs.

HOSSAM ANTAR, individually,
ARTREV.COM INC.,
and DREAMS FINE ART LLC,

    Defendants.
_____/

ARTREV.COM INC.,
and DREAMS FINE ART LLC,

    Counter-Plaintiffs,

vs.

ERIN TAYLOR EDITIONS,
WILLIAM MACK, individually,
and DEBORAH MACK, individually,

    Counter-Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Notice of Settlement (DE 174). Therein, the parties indicate that they have reached an agreement resolving this matter. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal or consent judgment within **forty-five (45) days** of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court

to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 2-1 day of November, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies to all counsel of record