UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21013-CIV-MARTINEZ/OTAZO-REYES

ERIN TAYLOR EDITIONS,

    Plaintiff,

vs.

HOSSAM ANTAR, individually,
ARTREV.COM INC.,
and DREAMS FINE ART LLC,

    Defendants.
_____/

ARTREV.COM INC.,
and DREAMS FINE ART LLC,

    Counter-Plaintiffs,

vs.

ERIN TAYLOR EDITIONS,
WILLIAM MACK, individually,
and DEBORAH MACK, individually,

    Counter-Defendants.
_____/

## AMENDED ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Reconsideration (DE 178). Therein, the parties indicate that they have conditioned their settlement upon the Court's retention of jurisdiction. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Motion for Reconsideration is **GRANTED.**

2.     This action, including all claims asserted in Plaintiff's second amended complaint

(DE 104) and Counter-Plaintiffs' counterclaims (DE 108), is dismissed with prejudice with each party to bear its own fees and costs except as otherwise agreed.

3. The Court retains jurisdiction for 6 months over enforcement of the settlement agreement. Any further issue relating to a breach of the settlement agreement may be litigated in a court of competent jurisdiction, such as state court.

**DONE AND ORDERED** in Chambers at Miami, Florida this ⁴⁄ day of December, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies to all counsel of record